UNIVERSITY OF SOUTHERN CAL-
IFORNIA and AMPAC Biotech-
nology, Inc., Appellants,

v.

DEPUY SYNTHES PRODUCTS,
LLC, Appellee.

No. 2013–1675.

United States Court of Appeals,
Federal Circuit.

Nov. 10, 2014.

Robert Berliner, Berliner & Associates, of Los Angeles, California, argued for appellants. With him on the brief was Sarah Silbert.

Barry E. Bretschneider, Baker & Hostetler LLP, of Washington, DC, argued for appellee. With him on the brief was Michael E. Anderson.

DYK, PLAGER, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**